IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **BRADLEY ALVERSON, CASEY HOWIE, and KELSEY DUNNING, Individually and On Behalf of All Others Similarly Situated,**<br><br>　　Plaintiffs,<br><br>V.<br><br>**BL RESTAURANT OPERATIONS LLC D/B/A BAR LOUIE,**<br><br>　　Defendant. | **CIVIL ACTION NO. 5:16-cv-00849-OLG-RBF**<br><br>**JURY TRIAL DEMANDED** |

### JOINT MOTION TO APPROVE CONFIDENTIAL SETTLEMENT

The Parties file this joint motion to approve their confidential settlement agreement (the "Agreement") and to dismiss this case with prejudice.

### I.

On August 26, 2016, Plaintiffs filed this lawsuit against BL Restaurant Operations LLC claiming violations of the Fair Labor Standards Act (FLSA) (ECF No. 1). Since then, Plaintiffs have amended their Complaint twice to bring claims under the NYLL and PMWA. On February 26, 2018, the Court conditionally certified the case as a FLSA collective action (ECF No. 58). On March 12, 2018, the Court authorized the issuance of notice to the putative Class Members (ECF No. 59).

To facilitate mediation, the Parties exchanged written discovery including payroll information for the Class Members. On January 22, 2019, the Parties mediated their dispute with Michael E. Dickstein from Dickstein Dispute Resolution. The Parties resolved the case at

mediation. Pursuant to the Agreement, each Plaintiff is entitled to receive his prorated share of the settlement funds that he claimed or could have claimed by way of this lawsuit.

## II.

The terms of the settlement are confidential. Plaintiffs have approved the settlement and have signed the Agreement. Similarly, Defendant has approved and signed the Agreement. The Agreement has been filed under seal for the Court's review.

All Parties are in agreement as to the apportionment and distribution of the settlement funds. The settlement is in the best interest of all parties. Moreover, there is substantial risk the Plaintiffs may be unsuccessful on the merits if this compromise settlement is not approved.

## III.

The Agreement was negotiated at arm's length and represents the resolution of a bona fide wage dispute. All Parties were represented by counsel with years of experience handling these types of unpaid wage cases. The Parties represent to the Court that the terms of the settlement are fair, reasonable, were negotiated at arms-length, and are in the best interests of the Plaintiffs and Defendant as well. While the terms of the settlement are confidential, each of the Plaintiffs is entitled to receive a reasonable and fair pro rata share of the damages claimed. By entering into this settlement, the Defendant has not conceded liability and continues to assert its position that it lawfully paid the Plaintiffs and Class Members.

In light of the Parties' settlement, they now respectfully request that the Court enter the accompanying order approving the settlement and dismissing this case with prejudice to refiling, and with each party bearing their own costs.

**JOINTLY SUBMITTED BY:**

SHELLIST | LAZARZ | SLOBIN LLP

By:     */s/ Mark G. Lazarz*
Mark G. Lazarz
Texas Bar No. 12069100
mlazarz@eeoc.net
Ricardo J. Prieto
Texas Bar No. 24062947
rprieto@eeoc.net
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

FITAPELLI & SCHAFFER, LLP
Joseph A. Fitapelli, admitted *pro hac vice*
jfitapelli@fslawfirm.com
Frank J. Mazzaferro, admitted *pro hac vice*
fmazzaferro@fslawfirm.com
28 Liberty Street, 30th Floor
New York, New York 10005
Telephone: (212) 300-0375
Facsimile: (212) 481-1333

ATTORNEYS FOR PLAINTIFFS

&

By:     */s/ Jonathan C. Wilson*
Jonathan C. Wilson, Esq.
Texas Bar No. 21702525
jonathan.wilson@ogletree.com
James T. McBride, Esq.
Texas Bar No. 24098061
 james.mcbride@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
8117 Preston Rd., Suite 500
Dallas, TX 75225

ATTORNEY-IN-CHARGE FOR DEFENDANT
BL RESTAURANT OPERATIONS LLC D/B/A BAR LOUIE

William R. Stukenberg
Texas Bar No. 24051397
JACKSON LEWIS P.C.
1415 Louisiana, Suite 3325
Houston, Texas 77002-7332
Telephone: (713) 650-0404
Facsimile: (713) 650-0405
william.stukenberg@jacksonlewis.com

Pamela B. Linberg
Texas Bar No. 00793299
JACKSON LEWIS P.C.
Wedge International Tower
1415 Louisiana, Suite 3325
Houston, Texas 77002
Telephone: (713) 650-0404
Facsimile: (713) 650-0405
Email: linbergp@jacksonlewis.com

James F. Botana
Jeffrey L. Rudd
JACKSON LEWIS P.C.
150 N. Michigan Ave., Suite 2500
Chicago, Illinois 60601
Telephone: (312) 787-4949
Facsimile: (312) 787-4995
botanaj@jacksonlewis.com
jeffrey.rudd@jacksonlewis.com

Brendan Sweeney
State Bar of New York No. 4016028
Noel P. Tripp
State Bar of New York No. 4541330
JACKSON LEWIS P.C.
58 South Service Road, Suite 250
Melville, NY 11747
Telephone: (631) 247-0404
Facsimile: (631) 247-0417
Brendan.Sweeney@jacksonlewis.com

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 15, 2019, a true and correct copy of the foregoing document was electronically filed. Notice of this filing will be served on all parties by operation of the Court's Electronic Filing System.

                */s/ Ricardo J. Prieto*
                Ricardo J. Prieto