UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

MAR 2 2 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY CLERK

| | |
|---|---|
| BRADLEY ALVERSON, CASEY HOWIE, and KELSEY DUNNING, individually and on behalf of all others similarly situated<br><br>    Plaintiffs<br><br>v.<br><br>BL RESTAURANT OPERATIONS LLC d/b/a BAR LOUIE<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)  CIVIL NO. SA-16-CA-849-OG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING JOINT MOTION TO APPROVE CONFIDENTIAL SETTLEMENT

On this date, the Court considered the parties' Joint Motion to Approve Confidential Settlement. After reviewing the terms and provisions in the Settlement Agreement and Release, the Court finds that the parties are represented by counsel, the settlement was negotiated at arm's length, the settlement fairly resolves a bona fide wage dispute, and the terms of the settlement and apportionment of the proceeds are fair and reasonable. In sum, the settlement is in the best interest of all parties and should be approved by the Court.

It is therefore ORDERED that the parties' Joint Motion to Approve Confidential Settlement (docket no. 140) is GRANTED. The claims of all named plaintiffs and those opt in plaintiffs that participate in and agree to be bound by the settlement are hereby DISMISSED with prejudice; the claims of all opt in plaintiffs that do not participate in and agree to be bound by the settlement are DISMISSED without prejudice. Except as contemplated by the terms of the confidential settlement agreement, all other attorneys fees and taxable costs are assessed against

the party incurring same. This is a final order, and this case may be closed. The Court will retain jurisdiction to enforce the settlement. If the parties encounter any problems with the enforcement of the settlement that require judicial intervention, they may file a motion to reopen this cause without the necessary of any additional filing fees.

SIGNED this _____ 2 ~ _____ day of March, 2019.

ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE